**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:23–cr–00360 |
| | § | |
| Blake Robertson | § | |

# ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Arraignment and Detention Hearing
August 28, 2023 at 10:00 AM
Courtroom 8B
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 24, 2023

_____
Yvonne Y. Ho
United States Magistrate Judge