United States Courts
Southern District of Texas
FILED

DEC 21 2023

Nathan Ochsner, Clerk of Court

CLERK U.S. DISTRICT COURT
RECEIVED
CHAMBERS

DEC 21 2023

SOUTHERN DIST. OF TEXAS
HOUSTON, TEXAS

UNITED State District Court
Southern District of Texas
Houston Division

UNITED States of America

vs

Case No. 4:23-cr-00360

Marter Tyrel Foley

## Defendant's Motion to Dismiss Counsel

To THE Honorable Judge, Bennett

I Marter T. Foley the Defendant in this cause, move this Court to immediately dismiss defendant's current appointed counsel and appoint new counsel. Defendant requests that the court grant the motion due to ineffective assistence of counsel.

### Arguments

A. Counsel has refused to provide Defendant with access to Defendant's Discovery

B. Counsel has not communicated with defendant any Defense strategy for this cause

C. Counsel has not communicated with defendant via Visitations Phone calls, correspondence or email

Defendant is entitled to effective assistance of counsel as guaranted

under the Sixth Amendment to the United states Constitution

1. Conclusion

For the reason stated above, as well as any other reasons

that became apparent to the court defendant respectfully

requests ~~that~~ the Court grant this Defendant's Motion and Order

that current appointed Counsel be terminated and New Counsel be appointed

Respectfully Submitted

Marter Tyrel Foley

Martez Foley - 74670510
Federal Detention Center Houston
FDC Houston
P.O. Box 526255
Houston TX 77052

JUDGE Bennett
515 RUSK ST
Houston TX 77002

CLERK, U.S. DISTRICT COURT
RECEIVED
CHAMBERS
DEC 21 2023
SOUTHERN DIST. OF TEXAS
HOUSTON, TEXAS