United States Courts
Southern District of Texas
FILED

*May 29, 2024*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 4:23-cr-00360** |
| **v.** | **JUDGE: Bennett** |
| **BLAKE ROBERTSON**<br>  **a/k/a "RICO,"** | |
| **KERMIT LADELL JOHNSON,** | **FIRST SUPERSEDING**<br>**INDICTMENT** |
| **TRACY LEE STEVENSON,** | **18 U.S.C. § 1951** |
| **MARTEZ TYREL FOLEY**<br>  **a/k/a "LONGWAY," and** | **21 U.S.C. § 841(a)(1)**<br>**21 U.S.C. § 841(b)(1)(A)(ii)**<br>**21 U.S.C. § 846** |
| **HARRY KEITH DWYAN GOFFNEY,** | **18 U.S.C. § 924(c)(1)(A)**<br>**18 U.S.C. § 2** |
| **Defendants.** | **18 U.S.C. § 933 (a)(1)**<br>**18 U.S.C. § 922 (a)(1)(A)**<br>**18 U.S.C. § 922 (g)(1)** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Title 18, United States Code, Section 1951(a)
### Conspiracy to Interfere with Commerce by Robbery

At all times material to this Indictment, a lot located at 4200 N. Eldridge Parkway, Houston, Texas on August 7, 2023, was a location at which cocaine and its transportation to that location affected and would affect interstate commerce.

On or about August 7, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**BLAKE ROBERTSON
a/k/a "RICO,"**

**KERMIT LADELL JOHNSON,**

**TRACY LEE STEVENSON,**

**MARTEZ TYREL FOLEY**
**a/k/a "LONGWAY," and**

**HARRY KEITH DWYAN GOFFNEY,**

did knowingly and willfully conspire and agree together and with each other, and with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of any articles and commodities in commerce by means of a robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully conspire to take and obtain property, namely, 30 kilograms of cocaine, by means of actual and threatened force, violence and fear of injury to those in possession of those items.

**In violation of Title 18, United States Code, Section 1951(a).**

**COUNT TWO**
**Title 21, United States Code, Section 846**
**Conspiracy to Possess with the Intent to Distribute a Controlled Substance**

On or about August 7, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**BLAKE ROBERTSON**
**a/k/a "RICO,"**

**KERMIT LADELL JOHNSON,**

**TRACY LEE STEVENSON,**

**MARTEZ TYREL FOLEY**
**a/k/a "LONGWAY," and**

**HARRY KEITH DWYAN GOFFNEY,**

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**All in violation of Title 21, United States Code, Section 846.**

**COUNT THREE**
**Title 21, United States Code, Section 846**
**Title 18, United States Code, Section 2**
**Attempt to Possess with the Intent to Distribute a Controlled Substance**

On or about August 7, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**BLAKE ROBERTSON**
**a/k/a "RICO,"**

**KERMIT LADELL JOHNSON,**

**TRACY LEE STEVENSON,**

**MARTEZ TYREL FOLEY**
**a/k/a "LONGWAY," and**

**HARRY KEITH DWYAN GOFFNEY,**

while aiding and abetting each other, did knowingly and intentionally attempt to possess with the intent to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.**

<u>**COUNT FOUR**</u>
**<u>Title 18, United States Code, Sections 924(c)(1)(A) and 2</u>**
**<u>Use of a Firearm During and in Relation to a Drug Trafficking Crime</u>**

On or about August 7, 2023, in the Houston Division of the Southern District of Texas,

the defendants,

**BLAKE ROBERTSON**
**a/k/a "RICO,"**

**KERMIT LADELL JOHNSON,**

**TRACY LEE STEVENSON,**

**MARTEZ TYREL FOLEY**
**a/k/a "LONGWAY," and**

**HARRY KEITH DWYAN GOFFNEY,**

while aiding and abetting each other, did knowingly use and carry at least one firearm during and

in relation to a drug trafficking crime for which each may be prosecuted in a court of the United

States, namely, knowingly and intentionally conspiring and attempting to possess with intent to

distribute a controlled substance, in violation of 21 U.S.C. § 846, as charged in Counts Two and

Count Three of this indictment.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

<u>**COUNT FIVE**</u>
**<u>Title 18, United States Code, Section 933 (a)(1)</u>**
**<u>Firearms Trafficking</u>**

Between on or about August 1, 2023, to on or about August 4, 2023, in the Houston

Division of the Southern District of Texas, the defendant,

**BLAKE ROBERTSON**
**a/k/a "RICO,"**

did, transfer, cause to be transported, and otherwise dispose of at least one firearm, to wit: one

Glock 43 handgun, 9mm caliber, serial number AFZC703; one Glock 23 handgun, 40 caliber,

serial number XCV218; one Glock 21 handgun, 45 caliber, serial number AGSE259; one Taurus G2C handgun, 9mm caliber, serial number AEB046961; one Glock 27 handgun, 40 caliber, serial number MPR226; and slide number BRGX019; and one Ruger LC9 handgun, 9mm caliber, serial number 459-90649, to another person in or otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by this person would constitute a felony.

**All in violation of Title 18, United States Code, Section 933(a)(1), and (b).**

### COUNT SIX
### Title 18, United States Code, Section 922 (a)(1)(A)
### Dealing in Firearms Without a License

Between on or about August 1, 2023, to on or about August 4, 2023, in the Houston Division of the Southern District of Texas, the defendant,

**BLAKE ROBERTSON**
**a/k/a "RICO,"**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

**All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).**

### COUNT SEVEN
### Title 18, United States Code, Section 922 (g)(1)
### Felon in Possession of a Firearm

On or about August 1, 2023, in the Houston Division of the Southern District of Texas, the defendant,

**BLAKE ROBERTSON**
**a/k/a "RICO,"**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess at least one firearm, to wit: one Glock 43 handgun, 9mm caliber, serial number AFZC703; one Glock 23 handgun, 40 caliber, serial number XCV218; one Glock 21 handgun, 45 caliber, serial number AGSE259; and one Taurus G2C handgun, 9mm caliber, serial number AEB046961, said firearm having been shipped and transported in interstate or foreign commerce.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)**

### COUNT EIGHT
### Title 18, United States Code, Section 922 (g)(1)
### Felon in Possession of a Firearm

On or about August 4, 2023, in the Houston Division of the Southern District of Texas, the defendant,

**BLAKE ROBERTSON**
**a/k/a "RICO,"**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one firearm, to wit: one Glock 27 handgun, 40 caliber, serial number MPR226; and slide number BRGX019; and one Ruger LC9 handgun, 9mm caliber, serial number 459-90649, said firearm having been shipped and transported in interstate or foreign commerce.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)**

**NOTICE OF CRIMINAL FORFEITURE**
**Title 18, United States Code, Section 924(d) and**
**Title 28, United States Code, Section 2461(c)**

Upon conviction of the offense as set forth in Count One of this Indictment, the defendant,

**BLAKE ROBERTSON**
**a/k/a "RICO,"**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense including, but not limited to: one Glock 43 handgun, 9mm caliber, serial number AFZC703; one Glock 23 handgun, 40 caliber, serial number XCV218; one Glock 21 handgun, 45 caliber, serial number AGSE259; one Taurus G2C handgun, 9mm caliber, serial number AEB046961; one Glock 27 handgun, 40 caliber, serial number MPR226; and slide number BRGX019; and one Ruger LC9 handgun, 9mm caliber, serial number 459-90649.

**All in accordance with Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c)**

(SIGNATURES ON NEXT PAGE)

A TRUE BILL

**Original Signature on File**

GRAND JURY FOREPERSON

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

_____
KELLY ZENON-MATOS
Assistant United States Attorney

DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice

By: _____
SHEILA G. LAFFERTY
RALPH PARADISO
Trial Attorneys
United States Department of Justice
Organized Crime and Gang Section