**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 4:23-cr-00360** |
| **v.** | **JUDGE: BENNETT** |
| **BLAKE ROBERTSON**<br>  **a/k/a "RICO,"** | |
| **KERMIT LADELL JOHNSON,** | |
| **TRACY LEE STEVENSON,** | |
| **MARTEZ TYREL FOLEY**<br>  **a/k/a "LONGWAY,"** and | |
| **HARRY KEITH DWYAN GOFFNEY,** | |
|   **Defendants.** | |

## UNITED STATES' RESPONSE IN SUPPORT OF MOTION TO CONTINUE TRIAL

COMES NOW the United States of America, by and through Alamdar S. Hamdani, United States Attorney, and Kelly Zenón-Matos, Assistant United States Attorney, for the Southern District of Texas, and files this response in support of the Joint Motion to Continue filed by Defendant Harry Keith Dwyan Goffney.

Jury trial is set for October 21, 2024. (ECF No. 100).

On September 17, 2024, Defendant Harry Keith Dwyan Goffney filed a Motion to Continue trial for 90 days. Said motion was joined by the rests of the defendants in the instant case. (ECF No. 107).

The United States did not join that motion.

In reconsideration, the United States respectfully joins defendants' request to continue trial.

1

It is the United States position that a 90-day continuance of trial will allow the parties to conclude plea negotiations and will allow the defendants to review new discovery that will be disclosed by the government within the next following days.

The United States submits that the requested continuance would serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. §3161(h)(7)(A).

WHEREFORE, PREMISES CONSIDERED, the United States requests that this Court grant this motion and issue a new scheduling order. The United States makes this request to allow defense counsels adequate time to review the new discovery and provide effective assistance of counsel. The United States requests that all settings be continued for 90 days, to wit, any date after January 19, 2025.

Respectfully submitted this Monday, September 23, 2024, in Houston, Texas.

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
Texas Bar No. 3848388
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Email: kelly.zenon@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 23, 2024, the undersigned prosecutor notified all defendants of the government's intention to join the motion to continue trial. No responses in opposition were received.

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

By:    */s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
Texas Bar No. 3848388
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Email: kelly.zenon@usdoj.gov

3