UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES OF AMERICA           .
                                   .  Criminal Action
VERSUS                             .  No. H-23-CR-360-4
                                   .
MARTEZ TYREL FOLEY,                .  Houston, Texas
                                   .  February 27, 2025
             Defendant.           .  1:30 p.m.
. . . . . . . . . . . . . . . . . . .

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE ALFRED H. BENNETT

**REARRAIGNMENT**

APPEARANCES:

FOR THE UNITED STATES OF AMERICA:

        Ms. Kelly Zenon-Matos
        Assistant United States Attorney
        UNITED STATES ATTORNEY'S OFFICE
        1000 Louisiana
        Suite 2300
        Houston, Texas   77002
        713.567.9000
        kelly.zenon@usdoj.gov

FOR THE DEFENDANT:

        Ms. JoAnne Marie Musick
        MUSICK LAW OFFICE, PLLC
        2219 Sawdust Road
        Suite 201
        Spring, Texas 77380
        832.448.1148
        FAX:  832.448.1147
        joanne@musicklawoffice.com

        PROCEEDINGS RECORDED BY STENOGRAPHIC MEANS,
    TRANSCRIPT PRODUCED FROM COMPUTER-AIDED TRANSCRIPTION

Gayle Dye, CSR, RDR, CRR - 713.250.5582

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT ORDER.    UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE OFFICIAL RATE.**

**GENERAL ORDER 94-15, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS.**

COURT REPORTER:

GAYLE L. DYE, CSR, RDR, CRR
515 Rusk, Room 8004
Houston, Texas   77002
713.250.5582

PROCEEDINGS

February 27, 2025

THE COURT:  Cause Number 4:23-CR-360-4, United States of America versus Martez Tyrel Foley.

Counsel, your appearances for the record.

MS. ZENON:  Yes, your Honor.  Good afternoon.  Kelly Zenon on behalf of the United States, and we're ready to proceed.

MS. MUSICK:  Good afternoon, your Honor.  JoAnne Musick on behalf of Mr. Foley; and, of course, Mr. Foley is here, as well.

THE COURT:  Sir, what is your name?

THE DEFENDANT:  Martez Foley.

THE COURT:  Let the record reflect that the defendant is present, is represented by legal counsel.

Mr. Foley, I understand that you're thinking about entering a guilty plea today.  Is that correct?

THE DEFENDANT:  Yes, sir.

THE COURT:  Very well.  If you'll step closer to the microphone.

If the clerk will please swear the defendant.

THE CASE MANAGER:  Please raise your right hand.

(The defendant was sworn.)

THE COURT:  Mr. Foley, a few groundrules:  First of all, you're going to have to speak up to make sure we can

properly hear you.  Next, during this hearing, you can stop it at any time for any reason to speak with your lawyer in private.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  Also, we have a court reporter who is recording the testimony.  What you say here today may be used against you in this case or another case.  If you tell me a lie, you could be prosecuted for a separate crime called perjury.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  Next, as I provide you with explanations of your legal rights, if you do not understand a specific explanation, please tell me.  I will attempt to clarify; or, again, you may stop the hearing, speak with your lawyer in private to receive the explanation.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  After each explanation, I will ask you a confirming question such as do you understand.  If you answer that question in the affirmative, meaning you say yes, I'm going to assume that that meant you understood the explanation and the question asking you to confirm that you understood.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  And finally, sir, if you plead guilty

today and I accept your plea of guilty, you will not be allowed to withdraw your guilty plea, start over and go through the trial process I'm about to explain to you.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  Very well.  Please tell me your full legal name.

THE DEFENDANT:  Martez Tyrel Foley.

THE COURT:  How old are you, sir?

THE DEFENDANT:  Twenty-seven.

THE COURT:  How far did you go in school?

THE DEFENDANT:  I got my GED.

THE COURT:  Okay.  Where did you get your GED from?

THE DEFENDANT:  Prison.

THE COURT:  Are you a citizen of the United States of America?

THE DEFENDANT:  Yes, sir.

THE COURT:  Can you read and write English?

THE DEFENDANT:  Yes, sir.

THE COURT:  Have you received a copy of the indictment, the document that charges you with a crime?

THE DEFENDANT:  Yes, sir.

THE COURT:  Have you discussed the indictment with your lawyer?

THE DEFENDANT:  Yes, sir.

THE COURT:  Did she answer all of your questions?

THE DEFENDANT:  Yes, sir.

THE COURT:  In your own words, can you tell me what you're charged with and what you're seeking to plead guilty to?

THE DEFENDANT:  They charged me with a conspiracy to commit a robbery and a handgun.  And today, I'm here to plead guilty for a robbery and a handgun.

THE COURT:  Very well, sir.  Mr. Foley, have you been treated for or do you suffer from any mental or emotional illness or psychological problem?

THE DEFENDANT:  No, sir.

THE COURT:  Have you ever been addicted to any drug, including alcohol?

THE DEFENDANT:  No, sir.

THE COURT:  Today, are you sick in any way that would prevent you from understanding what is happening here today?

THE DEFENDANT:  No, sir.

THE COURT:  Are you currently on any medication or had any medication in the last several days?

THE DEFENDANT:  No, sir.

THE COURT:  Have you had any illegal drugs or alcohol in the last several days?

THE DEFENDANT:  No, sir.

THE COURT:  Prior to coming -- prior to this hearing starting, have you had sufficient time to consult with your

lawyer about what would happen during this hearing?

THE DEFENDANT:  Yes, sir.

THE COURT:  Are you satisfied with your attorney?

THE DEFENDANT:  Yes, sir.

THE COURT:  Counselor, have you had sufficient time to investigate the law and facts of your client's case?

MS. MUSICK:  I have, your Honor.

THE COURT:  Does the defendant understand the nature of the charges pending against him?

MS. MUSICK:  I believe he does.

THE COURT:  Has the defendant cooperated with you in every respect?

MS. MUSICK:  Yes, he has, your Honor.

THE COURT:  Do you believe your client to be mentally competent?

MS. MUSICK:  Yes, I believe he's competent.

THE COURT:  The Court finds that the defendant knowingly, voluntarily, intelligently, and with advice of his attorney seeks to enter a guilty plea.

Mr. Foley, these are the rights that you will be waiving by pleading guilty here today:  You have the right to plead not guilty.  If you do so, you have the right to a trial before a jury composed of 12 citizens of the Southern District of Texas.

Before you could be found guilty at trial, all 12

jurors must agree that you've been proven guilty beyond a reasonable doubt.  If one or more jurors is not so persuaded, you would be found not guilty at time of trial.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  If you want a trial, you have the right to have an attorney represent you, an attorney that you go out, hire, pay for yourself; or if you're unable to afford an attorney, you have the right to have this Court appoint an attorney for you.  So, money, or lack thereof, should not be the reason that you're pleading guilty.

In addition, you have the right to represent yourself at trial, meaning to go without an attorney.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  At the trial, the burden would be on the United States to establish your guilt beyond a reasonable doubt. The government will be required to bring forth witnesses and evidence to establish your guilt.  Any witness that the government brings to the stand you would be permitted to cross-examine, ask questions of.

Any evidence that the government would seek to introduce against you you would have the right to object to. Then, I would determine under the rules of law and evidence as to whether or not such evidence could, in fact, be used against

you.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  At trial -- at the beginning of the trial, you will be presumed innocent.  The jury must assume that you're innocent at the beginning of the trial and may not vote you guilty at the end unless all 12 jurors have found from the evidence that you are, in fact, guilty beyond a reasonable doubt.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  You have the right to remain silent.  This means that you're not required to testify or offer up a defense at trial.  I will explain to the jury that if you decide to remain silent that they could not consider that decision against you as they adjudicate your guilt.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  On the other hand, if you want to testify, if you want to offer up a defense, you would have the right to do so.  Even if you offer up a defense, the burden of establishing your guilt beyond a reasonable doubt remains with the government.

In other words, your defense is not held to the standard of proving or establishing your innocence.  Your

evidence, if any, will be considered in the same manner as the government's, meaning any witness you call to the stand will be subject to cross-examination by the government.  Any evidence you offer will be subject to objection by the government, and I would make a determination under the rules of law and evidence as to whether or not such evidence could be used in your defense.

Also, sir, if you had a witness that did not want to come to court voluntarily to testify, you would be entitled to have this Court issue a subpoena, an order, compelling that witness to come to court to testify.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  If you plead guilty here today and I accept it, you will be waiving all non-jurisdictional defects in the prosecution.  What this means is that you will not be allowed to complain to a court at a later date about any searches or seizures the government or police did, any statements they took from you, the way that you were arrested, or any delays between your arrest and today or any subsequent legal proceeding.  All of those legal arguments will be waived by your guilty plea here today.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  You've told me that you are a citizen of

Gayle Dye, CSR, RDR, CRR - 713.250.5582

the United States of America.  You're pleading guilty to a felony which will result in a felony conviction.  As a result of a felony conviction, you will lose your right to vote, you will lose your right to hold public office, you will lose your right to serve on a jury, you will lose your right to possess a firearm.  Not only can you not possess a firearm, no one who lives in the same residence as you will be permitted to possess a firearm.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  Counsel, does your client waive formal reading of the indictment?

MS. MUSICK:  Yes, your Honor.

THE COURT:  Mr. Foley, I understand that you're seeking to plead guilty to Count 1 and to Count 4 of the indictment.  For Count 1, what the government -- Count 1, conspiracy to interfere with commerce by robbery, for the government to prove this crime, this is what they must prove beyond a reasonable doubt:  one, that the defendant unlawfully conspired with others to obtain personal property, that is, kilograms of cocaine, from a person or in his or her presence against his or her will; two, that the defendant did so by means of actual or threatened force or violence or fear of injury, immediate or future, against that person; three, that the defendant's conduct in any way or degree obstructed, delayed,

Gayle Dye, CSR, RDR, CRR - 713.250.5582

and/or affected interstate commerce or the movement of any article or commodity in commerce.

This crime is subject to the following penalty: a term of imprisonment of up to 20 years, a fine of up to $250,000, and a term of supervised release of not less than three years, as well as a $100 special assessment.

I understand that you're seeking to plead guilty to Count 4, use of a firearm during and in relation to a drug trafficking crime. For the government to prove this crime, they must prove as follows: one, that the defendant committed a drug trafficking crime, that is, a felony punishable under the Controlled Substance Act and, two, that the defendant knowingly used or carried a firearm during and in relation to the defendant's commission of the drug trafficking crime.

This crime is subject to the following penalty: a term of imprisonment of -- a statutory minimum term of imprisonment of five years up to life in prison, a fine of up to $250,000, and a term of supervised release of not more than five years, as well as a $100 special assessment.

I mention as part of the penalty supervised release. Supervised release is what happens after you are released from prison. You will be subject to certain conditions: drug testing, reporting to a probation officer, telling the officer where you live and work, or, perhaps, getting specific job training.

Gayle Dye, CSR, RDR, CRR - 713.250.5582

If you should violate the conditions of supervised release, I may put you back in prison without giving you credit for time already served on supervised release before you violated my conditions.  Also, if you violate the conditions and I revoke supervised release, I can impose another term of supervised release after you serve the prison time on the original supervised release violation.

If your violation involves new criminal charges, the authorities can prosecute you separately and I can run the time I give you on the original supervised release revocation separate from the punishment on the new crime.

Mr. Foley, do you understand the nature of the crimes that you're seeking to plead guilty to, meaning the elements of the offenses that the government must prove beyond a reasonable doubt, as well as the associated range of punishment for each of those crimes?

Do you understand, sir?

THE DEFENDANT:  Yes, sir.

THE COURT:  Very well.  I now need to determine if there's a factual basis for your plea.  I'm going to have the government's lawyer summarize the evidence she believes the government will be able to prove at time of trial.  Please listen very carefully as she does so.

Counselor.

MS. ZENON:  Yes, sir.  If the defendant would have

Gayle Dye, CSR, RDR, CRR - 713.250.5582

proceeded to trial, the government would have proven that in or about 2023, three cooperating human sources working with the Federal Bureau of Investigation --

THE COURT REPORTER:  I'm sorry, Ms. Zenon.  Could you step a little bit back from the mike.

THE COURT:  Yes.  You're -- it was --

MS. ZENON:  Sorry about that.

THE COURT:  Yes.

MS. ZENON:  Sorry for that.  Okay.  Let me start over again so she can hear better.

THE COURT:  Yes.

MS. ZENON:  The government would have proven that in or about 2023, three cooperating human sources working with the Federal Bureau of Investigation were introduced to co-defendant Blake Robertson, aka "Rico," a resident of Houston, Texas. During conversations between Robertson and the CSs, a "play," or a robbery, of firearms and drugs stored in a trailer was discussed.

In or about -- in or about early August of 2023, Robertson and CS Number 3, who was introduced to Robertson as a firearms dealer, agreed to meet at a hotel in Houston, Texas, on August the 7th, 2023, to discuss the details of the robbery.

On August the 7th, 2023, at approximately 11:05 a.m., Robertson arrived at the Homewood Suites by Hilton Houston at 8950 Fallbrook Drive to discuss with CS Number 3 the details

Gayle Dye, CSR, RDR, CRR - 713.250.5582

of the robbery to take place later that same day.

CS Number 3 explained that the trailer to be robbed contained approximately 30 kilograms of cocaine and 400 firearms.  CS Number 3 also revealed that two individuals were going to be guarding the trailer.  CS Number 3 agreed to pay Robertson an initial fee of $2,500 for the crew that was going to participate in the robbery.  Robertson departed the hotel to get the rest of his crew, which included the defendant.

A couple of hours later, co-defendants Harry Keith Dwyan Goffney and Kermit Ladell Johnson arrived at the Homewood Suites and met with CS Number 3.  At approximately 2:50 p.m., defendant and Tracy Lee Stevenson arrived at the hotel to join the meeting.  Co-defendant Johnson explained the robbery plan to the group.

During the conversation, CS Number 3 again mentioned that they were going to take 30 kilos and firearms. After the explanation, the four individuals, including defendant and CS Number 3, departed the hotel towards the location of the trailer.  The conversation between CS Number 3 and the four individuals, including defendant, was recorded on video and audio.  In addition, video surveillance from the hotel captured the arrival and departure of all four defendants -- all four individuals, including defendant.

Around 3:25, three vehicles arrive at the location of the trailer:  4200 North Eldridge Parkway.  CS

Gayle Dye, CSR, RDR, CRR - 713.250.5582

Number 3 pointed to the gate and departed the location.  Video cameras placed by the FBI recorded the movements of all four individuals, including defendant.

Upon arrival, Johnson, Goffney, Stevenson, and defendant approached the gate wearing masks and gloves and attempted to break the lock but were unsuccessful.  Goffney, Johnson, and defendant jumped the gate while Stevenson stayed at the gate.

Defendant was observed in the video recording carrying a duffel bag as he walked towards the trailer. Johnson, Goffney, and the defendant approached the trailer covered with a tarp.  Defendant was observed carrying a duffel bag and handgun while approaching the trailer.  Johnson, Goffney, and the defendant opened the trailer and began to search the same, not finding anything.

Johnson, Goffney, and the defendant walked back towards the gate; however, Johnson and Stevenson returned a few minutes later to search the trailer again.  Eventually, the four individuals entered their vehicles and departed the location.

At around 4:40 p.m. of the same day, Houston Police Department officers conducted a traffic stop of a Nissan Altima for failure to signal lane change.  Stevenson was identified as the driver while the defendant was identified as the passenger.

An inventory search of the vehicle revealed a bag

containing a liquid similar to urine on the passenger side area. The defendant was questioned as to the nature of the container and admitted that he was going to use the liquid during an upcoming drug test to avoid problems with his parole.  Defendant was arrested.  An inventory search of the vehicle also revealed pieces of clothing that both Stevenson and defendant wore during the attempted robbery.

The defendant hereby admits that on August the 7th, 2023, he conspired and agreed with the other defendants charged in Count 1 of the superseding indictment to obstruct, delay, and affect interstate commerce and the movements of articles and commodities in commerce by means of robbery.

The defendant also admits that on August the 7th, 2023, while aiding and abetting others charged in Count 4, he carried a firearm during and in relation to a drug trafficking crime, that is, a violation of 21, United States Code, Section 846.

THE COURT:  Mr. Foley, you've heard the government's lawyer summarize the evidence that she believed the government will be able to prove at time of trial.  Did she make any mistakes in her summary?

THE DEFENDANT:  No, sir.

THE COURT:  Was everything she said, in fact, true and correct?

THE DEFENDANT:  Yes, sir.

Gayle Dye, CSR, RDR, CRR - 713.250.5582

THE COURT:  The Court is satisfied that the factual basis provided by the government serves as a factual basis beyond a reasonable doubt for the crime charged in Counts 1 and 4 of the superseding indictment.

Is there a plea agreement?

MS. ZENON:  Yes, your Honor.

THE COURT:  Counsel?

MS. MUSICK:  Yes, your Honor.

THE COURT:  Mr. Foley, have you had the opportunity to review your plea agreement with your lawyer?

THE DEFENDANT:  Yes, sir.

THE COURT:  Did she answer all of your questions?

THE DEFENDANT:  Yes, sir.

THE COURT:  I'm going to have the government's lawyer summarize the terms of your plea agreement.  Listen carefully as she does so.

Counsel.

MS. ZENON:  Yes, your Honor.  In this case, as the Court already stated, the defendant is pleading guilty to Counts 1 and 4 of the superseding indictment.  If the initial -- the government agrees that if the initial calculations are 16 or more, the government will move for an additional one-point reduction for the defendant's acceptance of responsibility.

As to the defendant's recommendation as to Count 1, the United States agrees to recommend a sentence within the

Gayle Dye, CSR, RDR, CRR - 713.250.5582

applicable guideline range and as to Count 4, which has a statutory minimum, the United States will be recommending the guideline-recommended sentence for that count, which, as per the guideline, is 60 months, your Honor.

THE COURT:  Were there any waivers?  Did I miss that?

MS. ZENON:  Yes, your Honor.  In this particular case, the defendant waives his right to appeal if he's sentenced in accordance with the plea agreement and the United States would move for the dismissal of the remaining counts.

THE COURT:  Very well.

Mr. Foley, based upon your understanding of your plea agreement, was that a correct summary of your plea agreement?

(Discussion off the record between Ms. Musick and the defendant.)

THE DEFENDANT:  Yes, sir.

THE COURT:  Very well.

Counsel, based upon your role as defense counsel, was that a correct summery of the plea agreement?

MS. MUSICK:  I believe so, your Honor.

THE COURT:  Has the plea agreement been executed?

MS. MUSICK:  Not fully.  We were waiting --

THE COURT:  You may do so at this time.

(Documents executed.)

THE COURT:  Mr. Foley, I've been handed a document

Gayle Dye, CSR, RDR, CRR - 713.250.5582

that is 15 pages long.  On page 13 of that document, there is a signature line with your name.  Is that your signature on that line?

THE DEFENDANT:  Yes, sir.

THE COURT:  On page 15 of the document, there's another signature line with your name.  Is that your signature on that line?

THE DEFENDANT:  Yes, sir.

THE COURT:  Mr. Foley, if you have an agreement with the government regarding your case regarding the pleas that you're entering today, it must be in this document for me to enforce that agreement.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  Said another way:  If you have an agreement with the government and if it is not in this document, I'm not required to enforce that agreement.

Do you understand?

(Discussion off the record between Ms. Musick and the defendant.)

THE DEFENDANT:  Yes, sir.

THE COURT:  Very well.

Subject to the receipt and the review of the presentence investigation report, the Court hereby accepts the tendered plea agreement.

Gayle Dye, CSR, RDR, CRR - 713.250.5582

Mr. Foley, have you and your lawyer discussed sentencing?

THE DEFENDANT:  Yes, sir.

THE COURT:  The Sentencing Reform Act of 1984 and the United States Sentencing Commission guidelines will apply to your case.  This is the process:  You and your lawyer will have the opportunity to meet with a probation officer and provide him or her with information about your background and your case. The government will have the same opportunity.

Based upon the information received, the probation officer will prepare what is known as a presentence investigation report.  We call it the PSR for short.  You'll receive a copy; the government will receive a copy.  If you believe that the PSR contains any mistakes or errors, you may object directly to the probation officer, as can the government.

In response to objections, the probation officer will write a second report called an addendum to the PSR.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  The probation officer will then send the original PSR, any objections received, and the addendum to the PSR to me for review.  If you and your lawyer believes that there is additional information that I should consider, your lawyer can file pleadings directly here with the Court, as can the government.

Gayle Dye, CSR, RDR, CRR - 713.250.5582

Everyone will come back to Court.  I will have reviewed everything sent to me.  One of the first things I will do is address any objections that have been made to the PSR.

Sir, this is a very important point:  Earlier, I said that for the government to convict you at time of trial, they must convince a jury of your guilt beyond a reasonable doubt.  Beyond a reasonable doubt is a high standard of proof.

At a sentencing hearing, a lesser standard of proof will be in effect called preponderance of the evidence. It simply means more likely true than not.  Using this lesser standard of proof, I will resolve any objections or other factual disputes regarding your case or background.

Once I have done so, under the sentencing guidelines, we will be able to calculate for you what is known as a total offense level and a criminal history category.  Both of those items under the guidelines will receive a score.  Those two scores taken in combination will produce a recommended sentence range under the guidelines.

As the judge of this Court, I have the authority and the discretion to give you a sentence within that recommended sentence range.  But I also have the authority and the discretion to give you a sentence below that guideline range or above that guideline range up to the maximum punishment that I described to you earlier.

Do you understand, sir?

Gayle Dye, CSR, RDR, CRR - 713.250.5582

THE DEFENDANT:  Yes, sir.

THE COURT:  Again, this report will have a host of information about you:  personal background, family background, criminal background, if any educational history, plus the information that the lawyers have sent me.  All of that information will be in front of me.

Before I make a determination as to the appropriate sentence, however, I will ask the government's lawyer for a recommendation regarding your sentence; I will ask your lawyer for a recommendation regarding your sentence.  Most importantly, sir, I will allow you the opportunity to address me and to tell me anything that you wish for me to know before I determine what is the appropriate sentence.

Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  Once I have taken in all of that information, I will then determine what is the appropriate sentence in your case.

One other thing I failed to mention, you're pleading guilty to Counts 1 and 4.  That means that there is a Count 2 and 3.  There may be some other counts.  Information regarding those counts may be provided to me if they are applicable to you.

I will not sentence you for counts to which you're not pleading guilty; but the information regarding those

counts, if they are applicable to you, may be put in front of me for my consideration.

Do you understand?

THE DEFENDANT: Yes, sir.

THE COURT: Once all that has been done, again, I will determine your sentence and then I will announce your sentence here in open court. Once I announce your sentence, if you're unhappy with it, you will not be allowed to withdraw your guilty plea, start over, and go through the trial process I've just explained to you.

Do you understand?

THE DEFENDANT: Yes, sir.

THE COURT: Your lawyer in her due diligence to you, perhaps, explained all of what I've just explained to you. She might have even calculated what the sentence range might be under the guidelines. If she did so, she was not promising you a particular sentence.

Your lawyer does not know what sentence you'll receive; the government's lawyer does not know. I'm the judge who will sentence you; and as I sit here today, I do not know what sentence you will receive because I've not yet received all of the information that I will need to make that determination. So, if you are pleading guilty in expectation of a specific sentence, you are in error.

Do you understand, sir?

Gayle Dye, CSR, RDR, CRR - 713.250.5582

THE DEFENDANT:  Yes, sir.

THE COURT:  And I say this for the third and final time:  Once I announce your sentence, if you're unhappy, you will not be allowed to withdraw your guilty pleas and start over.

Do you understand, sir?

THE DEFENDANT:  Yes, sir.

THE COURT:  Very well.

Counsel for the government, are there any additional admonishments that should be provided to this defendant before taking his plea?

MS. ZENON:  No, your Honor.

THE COURT:  Counsel for the defense, are there any additional admonishments that should be provided to the defendant before taking his plea?

MS. MUSICK:  No, your Honor.

THE COURT:  Mr. Foley, as to Count 1, conspiracy to interfere with commerce by robbery, how do you plead, guilty or not guilty?

THE DEFENDANT:  Guilty.

THE COURT:  As to Count 4, use of a firearm during and in relation to a drug trafficking crime, how do you plead, guilty or not guilty?

THE DEFENDANT:  Guilty.

THE COURT:  Mr. Foley, is everything you've told me

today completely true and correct?

THE DEFENDANT:  Yes, sir.

THE COURT:  Have you understood my explanations and my questions?

THE DEFENDANT:  Yes, sir.

THE COURT:  Are you making this guilty plea to each count freely and voluntarily?

THE DEFENDANT:  Yes, sir.

THE COURT:  Has anyone forced you, threatened you, harmed you or any other person to get you to plead guilty?

THE DEFENDANT:  No, sir.

THE COURT:  Are you pleading guilty because of any promise made to you other than what is contained in your written plea agreement?

THE DEFENDANT:  No, sir.

THE COURT:  Are you pleading guilty to protect another person from criminal prosecution?

THE DEFENDANT:  No, sir.

THE COURT:  Are you pleading guilty because you are guilty of the Counts 1 and 4 that you are pleading guilty to?

THE DEFENDANT:  Yes, sir.

THE COURT:  Very well.

Counselor, do you know of any reason why the defendant should not plead guilty?

MS. MUSICK:  I do not, your Honor.

Gayle Dye, CSR, RDR, CRR - 713.250.5582

THE COURT:  Do you know of any meritorious defenses that the defendant would have to the counts to which he is pleading guilty?

MS. MUSICK:  I do not, your Honor.

THE COURT:  I find that the defendant is clearly mentally competent and capable of entering an informed plea.  I find that the plea is supported by independent facts establishing all the elements of the offense and that the defendant intended to do the acts he committed.

I find that the defendant's plea of guilty is voluntarily, freely, and knowingly made and that the defendant understands the nature of these proceedings and understands the consequences of his plea of guilty.

I find that this is an informed plea.

Mr. Foley, I accept your plea of guilty and find you guilty as charged in Counts 1 and 4 of the superseding indictment.

Counsel, as to the order for presentence investigation, by April the 28th, the initial presentence report must be disclosed to counsel.  Counsel must object in writing by May the 12th.  Sentencing is set for June the 5th at 10:00 a.m.

Any objection from the government?

MS. ZENON:  No, your Honor.

THE COURT:  Any objection from the defense?

MS. MUSICK:  No, your Honor.

Gayle Dye, CSR, RDR, CRR - 713.250.5582

THE COURT:  The Court has signed the order.

Anything else from the government?

MS. ZENON:  No, your Honor.

THE COURT:  Anything else from the defense?

MS. MUSICK:  No, your Honor.

THE COURT:  The defendant is in the custody of the Deputy US Marshals.  He's remanded pending sentencing.

Counsel, we're adjourned, you're excused.

MS. ZENON:  Thank you, your Honor.

(Proceedings concluded at 2:00 o'clock p.m.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter, to the best of my ability.

By: /s/*Gayle L Dye*                    *06-25-2025*

Gayle L. Dye, CSR, RDR, CRR        Date

Gayle Dye, CSR, RDR, CRR - 713.250.5582

**$**

**$100** [2] - 12:6, 12:19
**$2,500** [1] - 15:6
**$250,000** [2] - 12:5, 12:18

**/**

**/s/Gayle** [1] - 28:19

**0**

**06-25-2025** [1] - 28:19

**1**

**1** [11] - 11:15, 11:16, 17:10, 18:3, 18:20, 18:25, 23:20, 25:17, 26:20, 27:16
**1000** [1] - 1:15
**10:00** [1] - 27:21
**11:05** [1] - 14:23
**12** [3] - 7:23, 7:25, 9:7
**12th** [1] - 27:21
**13** [1] - 20:1
**15** [2] - 20:1, 20:5
**16** [1] - 18:21
**1984** [1] - 21:4
**1:30** [1] - 1:7

**2**

**2** [1] - 23:21
**20** [1] - 12:4
**201** [1] - 1:21
**2023** [7] - 14:2, 14:13, 14:19, 14:22, 14:23, 17:9, 17:14
**2025** [2] - 1:6, 3:2
**21** [1] - 17:16
**2219** [1] - 1:21
**2300** [1] - 1:16
**27** [2] - 1:6, 3:2
**28th** [1] - 27:19
**2:00** [1] - 28:10
**2:50** [1] - 15:11

**3**

**3** [11] - 14:20, 14:25, 15:2, 15:4, 15:5, 15:11, 15:15, 15:18, 15:19, 16:1, 23:21
**30** [2] - 15:3, 15:16
**3:25** [1] - 15:24

**4**

**4** [10] - 11:15, 12:8, 17:14, 18:4, 18:20, 19:1, 23:20, 25:21, 26:20, 27:16
**400** [1] - 15:3
**4200** [1] - 15:25
**4:23-CR-360-4** [1] - 3:3

**4:40** [1] - 16:20

**5**

**515** [1] - 2:15
**5th** [1] - 27:21

**6**

**60** [1] - 19:4

**7**

**713.250.5582** [1] - 2:16
**713.567.9000** [1] - 1:17
**77002** [2] - 1:16, 2:16
**77380** [1] - 1:22
**7th** [4] - 14:22, 14:23, 17:9, 17:13

**8**

**8004** [1] - 2:15
**832.448.1147** [1] - 1:23
**832.448.1148** [1] - 1:22
**846** [1] - 17:17
**8950** [1] - 14:25

**9**

**94-15** [1] - 2:4

**A**

**a.m** [2] - 14:24, 27:21
**abetting** [1] - 17:14
**ability** [1] - 28:17
**able** [3] - 13:22, 17:20, 22:14
**above-entitled** [1] - 28:16
**accept** [3] - 5:1, 10:15, 27:15
**acceptance** [1] - 18:23
**accepts** [1] - 20:24
**accordance** [1] - 19:8
**ACT** [1] - 2:1
**act** [2] - 12:12, 21:4
**Action** [1] - 1:4
**acts** [1] - 27:9
**actual** [1] - 11:23
**addendum** [2] - 21:17, 21:21
**addicted** [1] - 6:12
**addition** [2] - 8:12, 15:21
**additional** [4] - 18:22, 21:23, 25:10, 25:14
**address** [2] - 22:3, 23:11
**adjourned** [1] - 28:8
**adjudicate** [1] - 9:16
**admits** [2] - 17:8, 17:13
**admitted** [1] - 17:3
**admonishments** [2] - 25:10, 25:14
**advice** [1] - 7:18
**affect** [1] - 17:11

**affected** [1] - 12:1
**afford** [1] - 8:8
**afternoon** [2] - 3:6, 3:9
**AGAINST** [1] - 2:2
**agree** [1] - 8:1
**agreed** [3] - 14:21, 15:5, 17:9
**agreement** [14] - 18:5, 18:10, 18:15, 19:8, 19:12, 19:13, 19:19, 19:21, 20:9, 20:12, 20:16, 20:17, 20:25, 26:14
**agrees** [2] - 18:21, 18:25
**AIDED** [1] - 1:25
**aiding** [1] - 17:14
**aka** [1] - 14:15
**alcohol** [2] - 6:13, 6:21
**ALFRED** [1] - 1:9
**allow** [1] - 23:11
**allowed** [4] - 5:1, 10:17, 24:8, 25:4
**Altima** [1] - 16:22
**AMERICA** [2] - 1:4, 1:13
**America** [3] - 3:4, 5:16, 11:1
**AN** [2] - 2:2, 2:2
**AND** [2] - 2:1, 2:2
**announce** [3] - 24:6, 24:7, 25:3
**answer** [3] - 4:19, 6:1, 18:12
**appeal** [1] - 19:7
**APPEARANCES** [1] - 1:12
**appearances** [1] - 3:5
**applicable** [3] - 19:1, 23:23, 24:1
**apply** [1] - 21:5
**appoint** [1] - 8:9
**approached** [2] - 16:5, 16:11
**approaching** [1] - 16:13
**appropriate** [3] - 23:8, 23:13, 23:17
**April** [1] - 27:19
**area** [1] - 17:1
**arguments** [1] - 10:21
**arrest** [1] - 10:20
**arrested** [2] - 10:19, 17:5
**arrival** [2] - 15:22, 16:4
**arrive** [1] - 15:24
**arrived** [3] - 14:24, 15:10, 15:12
**article** [1] - 12:2
**articles** [1] - 17:12
**AS** [1] - 2:1
**assessment** [2] - 12:6, 12:19
**ASSESSMENT** [1] - 2:2
**Assistant** [1] - 1:14
**associated** [1] - 13:15
**assume** [2] - 4:21, 9:5
**AT** [2] - 2:1, 2:2
**attempt** [1] - 4:13
**attempted** [2] - 16:6, 17:7
**Attorney** [1] - 1:14
**attorney** [7] - 7:3, 7:19, 8:7, 8:9, 8:10, 8:13
**ATTORNEY'S** [1] - 1:15
**audio** [1] - 15:21
**August** [5] - 14:19, 14:22, 14:23, 17:8, 17:13

authorities [1] - 13:9
authority [2] - 22:19, 22:21
AUTHORIZED [1] - 2:1
avoid [1] - 17:4

**B**

background [5] - 21:8, 22:12, 23:3, 23:4
bag [3] - 16:10, 16:13, 16:25
based [3] - 19:11, 19:18, 21:10
basis [3] - 13:20, 18:2
BE [1] - 2:1
BEEN [1] - 2:1
BEFORE [1] - 1:9
began [1] - 16:14
beginning [2] - 9:4, 9:6
behalf [2] - 3:7, 3:10
believes [2] - 13:21, 21:22
below [1] - 22:22
BENNETT [1] - 1:9
best [1] - 28:17
better [1] - 14:10
between [5] - 10:20, 14:16, 15:19, 19:14, 20:19
beyond [9] - 8:1, 8:17, 9:8, 9:22, 11:19, 13:14, 18:3, 22:6, 22:7
bit [1] - 14:5
Blake [1] - 14:15
break [1] - 16:6
bring [1] - 8:18
brings [1] - 8:20
burden [2] - 8:16, 9:21
Bureau [2] - 14:3, 14:14
BY [2] - 1:24, 2:1

**C**

calculate [1] - 22:14
calculated [1] - 24:15
calculations [1] - 18:21
cameras [1] - 16:2
capable [1] - 27:6
captured [1] - 15:21
carefully [2] - 13:23, 18:15
carried [2] - 12:13, 17:15
carrying [2] - 16:10, 16:12
CASE [1] - 3:22
case [10] - 4:7, 7:6, 18:18, 19:6, 20:10, 21:6, 21:8, 22:12, 23:18
category [1] - 22:15
certain [1] - 12:22
certify [1] - 28:15
change [1] - 16:22
charged [6] - 6:4, 6:5, 17:10, 17:14, 18:3, 27:16
charges [3] - 5:21, 7:9, 13:8
citizen [2] - 5:15, 10:25
citizens [1] - 7:23
clarify [1] - 4:13

clearly [1] - 27:5
clerk [1] - 3:21
client [2] - 7:14, 11:11
client's [1] - 7:6
closer [1] - 3:19
clothing [1] - 17:6
co [3] - 14:14, 15:9, 15:13
co-defendant [2] - 14:14, 15:13
co-defendants [1] - 15:9
cocaine [2] - 11:21, 15:3
Code [1] - 17:16
combination [1] - 22:17
coming [1] - 6:24
commerce [6] - 11:17, 12:1, 12:2, 17:11, 17:12, 25:18
commission [1] - 12:14
Commission [1] - 21:5
commit [1] - 6:6
committed [2] - 12:10, 27:9
commodities [1] - 17:12
commodity [1] - 12:2
compelling [1] - 10:10
competent [3] - 7:15, 7:16, 27:6
complain [1] - 10:17
completely [1] - 26:1
composed [1] - 7:23
COMPUTER [1] - 1:25
COMPUTER-AIDED [1] - 1:25
concluded [1] - 28:10
conditions [4] - 12:23, 13:1, 13:4
conduct [1] - 11:25
conducted [1] - 16:21
confirm [1] - 4:22
confirming [1] - 4:19
consequences [1] - 27:13
consider [2] - 9:15, 21:23
consideration [1] - 24:2
considered [1] - 10:1
conspiracy [3] - 6:5, 11:17, 25:17
conspired [2] - 11:20, 17:9
consult [1] - 6:25
contained [2] - 15:3, 26:13
container [1] - 17:2
containing [1] - 17:1
contains [1] - 21:14
controlled [1] - 12:12
conversation [2] - 15:15, 15:19
conversations [1] - 14:16
convict [1] - 22:5
conviction [2] - 11:2, 11:3
convince [1] - 22:6
cooperated [1] - 7:11
cooperating [2] - 14:2, 14:13
copy [3] - 5:20, 21:13
COPY [1] - 2:2
correct [6] - 3:17, 17:24, 19:12, 19:19, 26:1, 28:15
COST [1] - 2:2
counsel [13] - 3:5, 3:15, 11:11, 18:7,

18:17, 19:18, 25:9, 25:13, 27:18, 27:20, 28:8
COUNSEL [1] - 2:2
counselor [3] - 7:5, 13:24, 26:23
Count [12] - 11:15, 11:16, 12:8, 17:10, 17:14, 18:24, 19:1, 23:21, 25:17, 25:21
count [2] - 19:3, 26:7
Counts [4] - 18:3, 18:19, 23:20, 27:16
counts [7] - 19:9, 23:21, 23:22, 23:24, 24:1, 26:20, 27:2
couple [1] - 15:9
course [1] - 3:10
Court [10] - 7:17, 8:9, 10:10, 18:1, 18:19, 20:24, 21:24, 22:1, 22:19, 28:1
court [5] - 4:5, 10:9, 10:11, 10:17, 24:7
COURT [91] - 1:1, 2:1, 2:4, 2:14, 3:3, 3:12, 3:14, 3:19, 3:24, 4:5, 4:11, 4:18, 4:25, 5:6, 5:9, 5:11, 5:13, 5:15, 5:18, 5:20, 5:23, 6:1, 6:3, 6:8, 6:12, 6:15, 6:18, 6:21, 6:24, 7:3, 7:5, 7:8, 7:11, 7:14, 7:17, 8:6, 8:16, 9:4, 9:12, 9:19, 10:14, 10:25, 11:11, 11:14, 13:19, 14:4, 14:6, 14:8, 14:11, 17:18, 17:23, 18:1, 18:7, 18:9, 18:12, 18:14, 19:5, 19:10, 19:17, 19:21, 19:23, 19:25, 20:5, 20:9, 20:15, 20:22, 21:4, 21:20, 23:2, 23:16, 24:5, 24:13, 25:2, 25:8, 25:13, 25:17, 25:21, 25:25, 26:3, 26:6, 26:9, 26:12, 26:16, 26:19, 26:22, 27:1, 27:5, 27:24, 28:1, 28:4, 28:6
covered [1] - 16:12
credit [1] - 13:3
crew [2] - 15:6, 15:8
crime [13] - 4:8, 5:21, 11:18, 12:3, 12:9, 12:11, 12:14, 12:15, 13:11, 17:16, 18:3, 25:22
crimes [2] - 13:13, 13:16
CRIMINAL [1] - 2:1
criminal [5] - 1:4, 13:8, 22:15, 23:4, 26:17
cross [2] - 8:21, 10:3
cross-examination [1] - 10:3
cross-examine [1] - 8:21
CRR [2] - 2:15, 28:20
CS [10] - 14:20, 14:25, 15:2, 15:4, 15:5, 15:11, 15:15, 15:18, 15:19, 15:25
CSR [2] - 2:15, 28:20
CSs [1] - 14:16
custody [1] - 28:6

**D**

date [1] - 10:17
Date [1] - 28:20
days [2] - 6:19, 6:22
dealer [1] - 14:21
decide [1] - 9:14
decision [1] - 9:15
defects [1] - 10:15

**Defendant** [1] - 1:7
**defendant** [44] - 3:14, 3:21, 3:23, 7:8, 7:11, 7:17, 11:19, 11:22, 12:10, 12:12, 13:25, 14:14, 15:8, 15:12, 15:13, 15:17, 15:20, 15:23, 16:3, 16:5, 16:7, 16:9, 16:11, 16:12, 16:14, 16:16, 16:23, 17:2, 17:4, 17:6, 17:8, 17:13, 18:19, 19:7, 19:15, 20:20, 25:11, 25:15, 26:24, 27:2, 27:5, 27:9, 27:11, 28:6
**DEFENDANT** [60] - 1:19, 3:13, 3:18, 4:4, 4:10, 4:17, 4:24, 5:5, 5:8, 5:10, 5:12, 5:14, 5:17, 5:19, 5:22, 5:25, 6:2, 6:5, 6:11, 6:14, 6:17, 6:20, 6:23, 7:2, 7:4, 8:5, 8:15, 9:3, 9:11, 9:18, 10:13, 10:24, 11:10, 13:18, 17:22, 17:25, 18:11, 18:13, 19:16, 20:4, 20:8, 20:14, 20:21, 21:3, 21:19, 23:1, 23:15, 24:4, 24:12, 25:1, 25:7, 25:20, 25:24, 26:2, 26:5, 26:8, 26:11, 26:15, 26:18, 26:21
**defendant's** [5] - 11:25, 12:14, 18:23, 18:24, 27:10
**defendants** [3] - 15:9, 15:22, 17:9
**defense** [9] - 9:13, 9:20, 9:21, 9:24, 10:7, 19:18, 25:13, 27:24, 28:4
**defenses** [1] - 27:1
**degree** [1] - 11:25
**delay** [1] - 17:11
**delayed** [1] - 11:25
**delays** [1] - 10:20
**departed** [4] - 15:7, 15:18, 16:1, 16:19
**department** [1] - 16:21
**departure** [1] - 15:22
**deputy** [1] - 28:7
**described** [1] - 22:24
**details** [2] - 14:22, 14:25
**determination** [3] - 10:5, 23:7, 24:22
**determine** [5] - 8:24, 13:19, 23:13, 23:17, 24:6
**diligence** [1] - 24:13
**directly** [2] - 21:15, 21:24
**disclosed** [1] - 27:20
**discretion** [2] - 22:20, 22:22
**discuss** [2] - 14:22, 14:25
**discussed** [3] - 5:23, 14:18, 21:1
**discussion** [2] - 19:14, 20:19
**dismissal** [1] - 19:9
**disputes** [1] - 22:12
**District** [1] - 7:23
**DISTRICT** [4] - 1:1, 1:2, 2:4, 2:4
**DIVISION** [1] - 1:3
**document** [6] - 5:21, 19:25, 20:1, 20:5, 20:11, 20:16
**documents** [1] - 19:24
**done** [2] - 22:13, 24:5
**doubt** [9] - 8:2, 8:17, 9:9, 9:22, 11:19, 13:15, 18:3, 22:7
**drive** [1] - 14:25
**driver** [1] - 16:23
**drug** [8] - 6:12, 12:8, 12:10, 12:14,

12:23, 17:4, 17:15, 25:22
**drugs** [2] - 6:21, 14:17
**due** [1] - 24:13
**duffel** [2] - 16:10, 16:12
**during** [10] - 4:1, 7:1, 12:8, 12:13, 14:16, 15:15, 17:3, 17:6, 17:15, 25:21
**Dwyan** [1] - 15:10
**Dye** [2] - 28:19, 28:20
**DYE** [1] - 2:15

## E

**early** [1] - 14:19
**educational** [1] - 23:4
**effect** [1] - 22:9
**Eldridge** [1] - 15:25
**elements** [2] - 13:14, 27:8
**emotional** [1] - 6:9
**end** [1] - 9:7
**enforce** [2] - 20:12, 20:17
**English** [1] - 5:18
**enter** [1] - 7:19
**entered** [1] - 16:19
**entering** [3] - 3:17, 20:11, 27:6
**entitled** [2] - 10:9, 28:16
**error** [1] - 24:24
**errors** [1] - 21:14
**establish** [2] - 8:17, 8:19
**establishing** [3] - 9:22, 9:25, 27:8
**eventually** [1] - 16:18
**evidence** [12] - 8:19, 8:22, 8:24, 8:25, 9:8, 10:1, 10:3, 10:5, 10:6, 13:21, 17:19, 22:9
**examination** [1] - 10:3
**examine** [1] - 8:21
**excused** [1] - 28:8
**executed** [2] - 19:21, 19:24
**expectation** [1] - 24:23
**EXPENSE** [1] - 2:1
**explain** [2] - 5:3, 9:14
**explained** [5] - 15:2, 15:13, 24:10, 24:14
**explanation** [5] - 4:13, 4:15, 4:18, 4:21, 15:17
**explanations** [2] - 4:11, 26:3

## F

**fact** [3] - 8:25, 9:8, 17:23
**facts** [2] - 7:6, 27:7
**factual** [4] - 13:20, 18:1, 18:2, 22:12
**failed** [1] - 23:19
**failure** [1] - 16:22
**fallbrook** [1] - 14:25
**family** [1] - 23:3
**far** [1] - 5:11
**FAX** [1] - 1:23
**FBI** [1] - 16:2
**fear** [1] - 11:23
**february** [1] - 1:6

**February** [1] - 3:2
**Federal** [2] - 14:3, 14:14
**fee** [1] - 15:6
**felony** [4] - 11:2, 11:3, 12:11
**few** [2] - 3:24, 16:17
**file** [1] - 21:24
**final** [1] - 25:2
**finally** [1] - 4:25
**fine** [2] - 12:4, 12:17
**firearm** [7] - 11:6, 11:8, 12:8, 12:13, 17:15, 25:21
**firearms** [4] - 14:17, 14:21, 15:4, 15:16
**first** [2] - 3:24, 22:2
**five** [2] - 12:17, 12:18
**Foley** [20] - 3:4, 3:10, 3:13, 3:16, 3:24, 5:8, 6:8, 7:20, 11:14, 13:12, 17:18, 18:9, 19:11, 19:25, 20:9, 21:1, 25:17, 25:25, 27:15
**FOLEY** [1] - 1:6
**following** [2] - 12:3, 12:15
**follows** [1] - 12:10
**FOR** [3] - 1:13, 1:19, 2:2
**force** [1] - 11:23
**forced** [1] - 26:9
**foregoing** [1] - 28:15
**formal** [1] - 11:11
**forth** [1] - 8:18
**four** [6] - 15:17, 15:19, 15:22, 16:2, 16:18
**freely** [2] - 26:7, 27:11
**FROM** [1] - 1:25
**front** [2] - 23:6, 24:1
**full** [1] - 5:6
**fully** [1] - 19:22
**FURNISHED** [1] - 2:1
**future** [1] - 11:24

## G

**gate** [5] - 16:1, 16:5, 16:7, 16:8, 16:17
**Gayle** [1] - 28:20
**GAYLE** [1] - 2:15
**GED** [2] - 5:12, 5:13
**GENERAL** [1] - 2:4
**gloves** [1] - 16:5
**Goffney** [6] - 15:10, 16:4, 16:6, 16:11, 16:14, 16:16
**government** [28] - 8:18, 8:20, 8:22, 9:23, 10:3, 10:4, 10:18, 11:16, 11:18, 12:9, 13:14, 13:22, 14:1, 14:12, 17:19, 18:2, 18:21, 18:22, 20:10, 20:16, 21:9, 21:13, 21:15, 21:25, 22:5, 25:9, 27:22, 28:2
**government's** [6] - 10:2, 13:21, 17:18, 18:14, 23:8, 24:19
**groundrules** [1] - 3:24
**group** [1] - 15:14
**guarding** [1] - 15:5
**guideline** [5] - 19:1, 19:3, 19:4, 22:22,

22:23

guideline-recommended [1] - 19:3
guidelines [5] - 21:5, 22:14, 22:16, 22:18, 24:16
guilt [5] - 8:17, 8:19, 9:16, 9:22, 22:6
guilty [46] - 3:17, 4:25, 5:1, 5:2, 6:4, 6:7, 7:19, 7:21, 7:22, 7:25, 8:1, 8:3, 8:11, 9:7, 9:8, 10:14, 10:22, 11:1, 11:15, 12:7, 13:13, 18:19, 23:20, 23:25, 24:8, 24:23, 25:4, 25:18, 25:19, 25:20, 25:23, 25:24, 26:6, 26:10, 26:12, 26:16, 26:19, 26:20, 26:24, 27:3, 27:10, 27:13, 27:15, 27:16

**H**

H-23-CR-360-4 [1] - 1:5
hand [2] - 3:22, 9:19
handed [1] - 19:25
handgun [3] - 6:6, 6:7, 16:13
harmed [1] - 26:10
Harry [1] - 15:9
HAS [1] - 2:1
hear [2] - 4:1, 14:10
heard [1] - 17:18
hearing [5] - 4:1, 4:14, 6:24, 7:1, 22:8
held [1] - 9:24
hereby [2] - 17:8, 20:24
high [1] - 22:7
Hilton [1] - 14:24
hire [1] - 8:8
history [2] - 22:15, 23:4
hold [1] - 11:4
Homewood [1] - 15:11
homewood [1] - 14:24
Honor [20] - 3:6, 3:9, 7:7, 7:13, 11:13, 18:6, 18:8, 18:18, 19:4, 19:6, 19:20, 25:12, 25:16, 26:25, 27:4, 27:23, 27:25, 28:3, 28:5, 28:9
HONORABLE [1] - 1:9
host [1] - 23:2
hotel [5] - 14:21, 15:7, 15:12, 15:18, 15:21
hours [1] - 15:9
HOUSTON [1] - 1:3
Houston [7] - 1:6, 1:16, 2:16, 14:15, 14:21, 14:24, 16:20
human [2] - 14:2, 14:13

**I**

identified [2] - 16:23
illegal [1] - 6:21
illness [1] - 6:10
immediate [1] - 11:24
important [1] - 22:4
importantly [1] - 23:11
impose [1] - 13:5
imprisonment [3] - 12:4, 12:16, 12:17
IN [1] - 2:2

included [1] - 15:8
including [5] - 6:13, 15:17, 15:20, 15:23, 16:3
independent [1] - 27:7
indictment [8] - 5:21, 5:23, 11:12, 11:16, 17:10, 18:4, 18:20, 27:17
individuals [6] - 15:4, 15:17, 15:20, 15:23, 16:3, 16:19
information [10] - 21:8, 21:10, 21:23, 23:3, 23:5, 23:6, 23:17, 23:21, 23:25, 24:22
informed [2] - 27:6, 27:14
initial [4] - 15:6, 18:20, 18:21, 27:19
injury [1] - 11:23
innocence [1] - 9:25
innocent [2] - 9:5, 9:6
intelligently [1] - 7:18
intended [1] - 27:9
interfere [2] - 11:17, 25:18
interstate [2] - 12:1, 17:11
introduce [1] - 8:23
introduced [2] - 14:14, 14:20
inventory [2] - 16:25, 17:5
investigate [1] - 7:6
Investigation [2] - 14:3, 14:14
investigation [3] - 20:24, 21:12, 27:19
involves [1] - 13:8
issue [1] - 10:10
items [1] - 22:16

**J**

JoAnne [2] - 1:20, 3:9
joanne@musicklawoffice.com [1] - 1:23
job [1] - 12:25
Johnson [7] - 15:10, 16:4, 16:7, 16:11, 16:13, 16:16, 16:17
johnson [1] - 15:13
join [1] - 15:13
judge [2] - 22:19, 24:19
jumped [1] - 16:7
June [1] - 27:21
jurisdictional [1] - 10:15
jurors [3] - 8:1, 8:2, 9:7
jury [5] - 7:23, 9:5, 9:14, 11:5, 22:6
JUSTICE [1] - 2:1

**K**

Keith [1] - 15:10
kelly [1] - 3:6
Kelly [1] - 1:14
kelly.zenon@usdoj.gov [1] - 1:17
Kermit [1] - 15:10
kilograms [2] - 11:21, 15:3
kilos [1] - 15:16
knowingly [3] - 7:18, 12:12, 27:11
known [2] - 21:11, 22:14

**L**

lack [1] - 8:10
Ladell [1] - 15:10
lane [1] - 16:22
last [2] - 6:19, 6:22
LAW [1] - 1:20
law [3] - 7:6, 8:24, 10:5
lawyer [17] - 4:2, 4:14, 5:24, 7:1, 13:21, 17:19, 18:10, 18:14, 21:1, 21:6, 21:22, 21:24, 23:9, 23:10, 24:13, 24:18, 24:19
lawyers [1] - 23:5
Lee [1] - 15:12
legal [5] - 3:15, 4:12, 5:6, 10:21
less [1] - 12:5
lesser [2] - 22:8, 22:10
level [1] - 22:15
lie [1] - 4:7
life [1] - 12:17
likely [1] - 22:10
line [4] - 20:2, 20:3, 20:6, 20:7
liquid [2] - 17:1, 17:3
listen [2] - 13:23, 18:15
live [1] - 12:24
lives [1] - 11:7
location [4] - 15:18, 15:25, 16:1, 16:19
lock [1] - 16:6
lose [4] - 11:3, 11:4, 11:5
Louisiana [1] - 1:15

**M**

MANAGER [1] - 3:22
manner [1] - 10:1
Marie [1] - 1:20
marshals [1] - 28:7
Martez [3] - 3:4, 3:13, 5:8
MARTEZ [1] - 1:6
masks [1] - 16:5
Matos [1] - 1:14
matter [1] - 28:16
maximum [1] - 22:23
MAY [1] - 2:1
meaning [4] - 4:20, 8:13, 10:2, 13:13
means [6] - 9:13, 10:16, 11:22, 17:12, 22:10, 23:20
MEANS [1] - 1:24
meant [1] - 4:21
medication [2] - 6:18, 6:19
meet [2] - 14:21, 21:7
meeting [1] - 15:13
mental [1] - 6:9
mentally [2] - 7:14, 27:6
mention [2] - 12:20, 23:19
mentioned [1] - 15:16
meritorious [1] - 27:1
met [1] - 15:11
microphone [1] - 3:20

**might** [2] - 24:15
**mike** [1] - 14:5
**minimum** [2] - 12:16, 19:2
**minutes** [1] - 16:18
**miss** [1] - 19:5
**mistakes** [2] - 17:21, 21:14
**money** [1] - 8:10
**months** [1] - 19:4
**most** [1] - 23:10
**move** [2] - 18:22, 19:9
**movement** [1] - 12:1
**movements** [2] - 16:2, 17:11
**MS** [26] - 3:6, 3:9, 7:7, 7:10, 7:13, 7:16, 11:13, 13:25, 14:7, 14:9, 14:12, 18:6, 18:8, 18:18, 19:6, 19:20, 19:22, 25:12, 25:16, 26:25, 27:4, 27:23, 27:25, 28:3, 28:5, 28:9
**Musick** [4] - 1:20, 3:10, 19:14, 20:19
**MUSICK** [15] - 1:20, 3:9, 7:7, 7:10, 7:13, 7:16, 11:13, 18:8, 19:20, 19:22, 25:16, 26:25, 27:4, 27:25, 28:5
**must** [9] - 8:1, 9:5, 11:18, 12:10, 13:14, 20:11, 22:6, 27:20

### N

**name** [4] - 3:12, 5:7, 20:2, 20:6
**nature** [4] - 7:8, 13:12, 17:2, 27:12
**need** [2] - 13:19, 24:22
**new** [2] - 13:8, 13:11
**next** [2] - 4:1, 4:11
**Nissan** [1] - 16:21
**non** [1] - 10:15
**non-jurisdictional** [1] - 10:15
**north** [1] - 15:25
**number** [7] - 3:3, 14:25, 15:2, 15:4, 15:11, 15:15, 15:18
**Number** [4] - 14:20, 15:5, 15:19, 16:1

### O

**o'clock** [1] - 28:10
**object** [3] - 8:23, 21:15, 27:20
**objection** [3] - 10:4, 27:22, 27:24
**objections** [4] - 21:16, 21:21, 22:3, 22:11
**observed** [2] - 16:9, 16:12
**obstruct** [1] - 17:10
**obstructed** [1] - 11:25
**obtain** [1] - 11:20
**OF** [6] - 1:2, 1:4, 1:8, 1:13, 2:2, 2:4
**offense** [2] - 22:15, 27:8
**offenses** [1] - 13:14
**offer** [4] - 9:13, 9:20, 9:21, 10:4
**OFFICE** [2] - 1:15, 1:20
**office** [1] - 11:4
**officer** [7] - 12:23, 12:24, 21:7, 21:11, 21:15, 21:16, 21:20
**officers** [1] - 16:21
**OFFICIAL** [1] - 2:3

**old** [1] - 5:9
**once** [5] - 22:13, 23:16, 24:5, 24:7, 25:3
**one** [7] - 8:2, 11:6, 11:19, 12:10, 18:22, 22:2, 23:19
**ONE** [1] - 2:2
**one-point** [1] - 18:22
**ONLY** [1] - 2:1
**open** [1] - 24:7
**opened** [1] - 16:14
**opportunity** [4] - 18:9, 21:7, 21:9, 23:11
**order** [3] - 10:10, 27:18, 28:1
**ORDER** [2] - 2:2, 2:4
**original** [3] - 13:7, 13:10, 21:21
**ORIGINAL** [1] - 2:2
**own** [1] - 6:3

### P

**p.m** [4] - 1:7, 15:12, 16:20, 28:10
**page** [2] - 20:1, 20:5
**pages** [1] - 20:1
**Parkway** [1] - 15:25
**parole** [1] - 17:4
**part** [1] - 12:20
**participate** [1] - 15:7
**particular** [2] - 19:6, 24:17
**passenger** [2] - 16:24, 17:1
**pay** [2] - 8:8, 15:5
**penalty** [3] - 12:3, 12:15, 12:20
**pending** [2] - 7:9, 28:7
**per** [1] - 19:3
**perhaps** [2] - 12:24, 24:14
**perjury** [1] - 4:8
**permitted** [2] - 8:20, 11:7
**person** [4] - 11:21, 11:24, 26:10, 26:17
**personal** [2] - 11:20, 23:3
**persuaded** [1] - 8:2
**pieces** [1] - 17:6
**place** [1] - 15:1
**placed** [1] - 16:2
**plan** [1] - 15:14
**play** [1] - 14:16
**plea** [26] - 3:17, 5:1, 5:2, 7:19, 10:22, 13:20, 18:5, 18:10, 18:15, 19:8, 19:12, 19:19, 19:21, 20:25, 24:9, 25:11, 25:15, 26:6, 26:14, 27:6, 27:7, 27:10, 27:13, 27:14, 27:15
**plead** [12] - 4:25, 6:4, 6:6, 7:22, 10:14, 11:15, 12:7, 13:13, 25:18, 25:22, 26:10, 26:24
**pleading** [12] - 7:21, 8:11, 11:1, 18:19, 23:20, 23:25, 24:23, 26:12, 26:16, 26:19, 26:20, 27:3
**pleadings** [1] - 21:24
**pleas** [2] - 20:10, 25:4
**PLLC** [1] - 1:20
**plus** [1] - 23:4
**point** [2] - 18:22, 22:4
**pointed** [1] - 16:1

**police** [2] - 10:18, 16:21
**possess** [3] - 11:5, 11:6, 11:7
**prepare** [1] - 21:11
**preponderance** [1] - 22:9
**presence** [1] - 11:21
**present** [1] - 3:15
**presentence** [4] - 20:24, 21:11, 27:18, 27:19
**presumed** [1] - 9:5
**prevent** [1] - 6:16
**prison** [5] - 5:14, 12:17, 12:22, 13:2, 13:6
**private** [2] - 4:2, 4:15
**probation** [6] - 12:23, 21:7, 21:11, 21:15, 21:16, 21:20
**problem** [1] - 6:10
**problems** [1] - 17:4
**proceed** [1] - 3:8
**proceeded** [1] - 14:1
**proceeding** [1] - 10:21
**proceedings** [2] - 27:12, 28:16
**PROCEEDINGS** [3] - 1:8, 1:24, 3:1
**Proceedings** [1] - 28:10
**process** [3] - 5:3, 21:6, 24:9
**produce** [1] - 22:17
**PRODUCED** [1] - 1:25
**promise** [1] - 26:13
**promising** [1] - 24:16
**proof** [3] - 22:7, 22:9, 22:11
**properly** [1] - 4:1
**property** [1] - 11:20
**prosecute** [1] - 13:9
**prosecuted** [1] - 4:8
**prosecution** [2] - 10:16, 26:17
**protect** [1] - 26:16
**prove** [7] - 11:18, 12:9, 12:10, 13:14, 13:22, 17:20
**proven** [3] - 8:1, 14:1, 14:12
**provide** [2] - 4:11, 21:7
**provided** [4] - 18:2, 23:22, 25:10, 25:14
**proving** [1] - 9:25
**PSR** [6] - 21:12, 21:14, 21:17, 21:21, 21:22, 22:3
**psychological** [1] - 6:10
**PUBLIC** [1] - 2:1
**public** [1] - 11:4
**punishable** [1] - 12:11
**punishment** [3] - 13:11, 13:15, 22:23
**put** [2] - 13:2, 24:1

### Q

**questioned** [1] - 17:2
**questions** [4] - 6:1, 8:21, 18:12, 26:4

### R

**raise** [1] - 3:22
**range** [7] - 13:15, 19:1, 22:18, 22:21,

22:22, 22:23, 24:15
**RATE** [1] - 2:3
**RDR** [2] - 2:15, 28:20
**read** [1] - 5:18
**reading** [1] - 11:12
**ready** [1] - 3:7
**REARRAIGNMENT** [1] - 1:10
**reason** [3] - 4:2, 8:11, 26:23
**reasonable** [9] - 8:2, 8:17, 9:8, 9:22, 11:19, 13:15, 18:3, 22:6, 22:7
**receipt** [1] - 20:23
**receive** [6] - 4:15, 21:13, 22:16, 24:19, 24:21
**received** [4] - 5:20, 21:10, 21:21, 24:21
**recommend** [1] - 18:25
**recommendation** [3] - 18:24, 23:9, 23:10
**recommended** [3] - 19:3, 22:17, 22:21
**recommending** [1] - 19:2
**record** [5] - 3:5, 3:14, 19:14, 20:19, 28:16
**RECORDED** [1] - 1:24
**recorded** [2] - 15:20, 16:2
**recording** [2] - 4:6, 16:9
**reduction** [1] - 18:23
**reflect** [1] - 3:14
**reform** [1] - 21:4
**regarding** [7] - 20:10, 22:12, 23:9, 23:10, 23:22, 23:25
**relation** [4] - 12:8, 12:13, 17:15, 25:22
**release** [10] - 12:5, 12:18, 12:21, 13:2, 13:3, 13:5, 13:6, 13:7, 13:10
**released** [1] - 12:22
**remain** [2] - 9:12, 9:15
**remaining** [1] - 19:9
**remains** [1] - 9:22
**remanded** [1] - 28:7
**report** [5] - 20:24, 21:12, 21:17, 23:2, 27:19
**reporter** [1] - 4:5
**REPORTER** [2] - 2:14, 14:4
**reporting** [1] - 12:23
**represent** [2] - 8:7, 8:12
**represented** [1] - 3:15
**REPRODUCTION** [1] - 2:2
**required** [3] - 8:18, 9:13, 20:17
**residence** [1] - 11:7
**resident** [1] - 14:15
**resolve** [1] - 22:11
**respect** [1] - 7:12
**response** [1] - 21:16
**responsibility** [1] - 18:23
**rest** [1] - 15:8
**RESULT** [1] - 2:2
**result** [2] - 11:2
**returned** [1] - 16:17
**revealed** [3] - 15:4, 16:25, 17:5
**review** [3] - 18:10, 20:23, 21:22
**reviewed** [1] - 22:2

**revocation** [1] - 13:10
**revoke** [1] - 13:5
**Rico** [1] - 14:15
**rights** [2] - 4:12, 7:20
**Road** [1] - 1:21
**robbed** [1] - 15:3
**robbery** [11] - 6:6, 6:7, 11:17, 14:17, 14:22, 15:1, 15:7, 15:13, 17:7, 17:12, 25:18
**Robertson** [6] - 14:15, 14:16, 14:20, 14:24, 15:6, 15:7
**robertson** [1] - 14:20
**role** [1] - 19:18
**Room** [1] - 2:15
**rules** [2] - 8:24, 10:5
**run** [1] - 13:9
**Rusk** [1] - 2:15

## S

**satisfied** [2] - 7:3, 18:1
**Sawdust** [1] - 1:21
**school** [1] - 5:11
**score** [1] - 22:16
**scores** [1] - 22:17
**search** [4] - 16:15, 16:18, 16:25, 17:5
**searches** [1] - 10:18
**second** [1] - 21:17
**section** [1] - 17:16
**seek** [1] - 8:22
**seeking** [4] - 6:4, 11:15, 12:7, 13:13
**seeks** [1] - 7:19
**seizures** [1] - 10:18
**send** [1] - 21:20
**sent** [2] - 22:2, 23:5
**sentence** [22] - 18:25, 19:3, 22:18, 22:20, 22:21, 22:22, 23:8, 23:9, 23:10, 23:13, 23:18, 23:24, 24:6, 24:7, 24:15, 24:17, 24:18, 24:20, 24:21, 24:24, 25:3
**sentenced** [1] - 19:7
**sentencing** [7] - 21:2, 21:4, 21:5, 22:8, 22:13, 27:21, 28:7
**separate** [2] - 4:8, 13:11
**separately** [1] - 13:9
**serve** [2] - 11:5, 13:6
**served** [1] - 13:3
**serves** [1] - 18:2
**set** [1] - 27:21
**seven** [1] - 5:10
**several** [2] - 6:19, 6:22
**short** [1] - 21:12
**sick** [1] - 6:15
**side** [1] - 17:1
**signal** [1] - 16:22
**signature** [4] - 20:2, 20:6
**signed** [1] - 28:1
**silent** [2] - 9:12, 9:15
**similar** [1] - 17:1

**simply** [1] - 22:10
**sit** [1] - 24:20
**sorry** [3] - 14:4, 14:7, 14:9
**sources** [2] - 14:2, 14:13
**Southern** [1] - 7:23
**SOUTHERN** [2] - 1:2, 2:4
**special** [2] - 12:6, 12:19
**specific** [3] - 4:12, 12:25, 24:23
**Spring** [1] - 1:22
**stand** [2] - 8:20, 10:2
**standard** [4] - 9:25, 22:7, 22:8, 22:11
**start** [4] - 5:2, 14:9, 24:9, 25:4
**starting** [1] - 6:25
**statements** [1] - 10:19
**STATES** [5] - 1:1, 1:4, 1:13, 1:15, 2:4
**States** [11] - 1:14, 3:3, 3:7, 5:15, 8:17, 11:1, 17:16, 18:25, 19:2, 19:8, 21:5
**statutory** [2] - 12:16, 19:2
**stayed** [1] - 16:7
**STENOGRAPHIC** [1] - 1:24
**step** [2] - 3:19, 14:5
**Stevenson** [6] - 15:12, 16:4, 16:7, 16:17, 16:22, 17:6
**stop** [3] - 4:1, 4:14, 16:21
**stored** [1] - 14:17
**subject** [6] - 10:3, 10:4, 12:3, 12:15, 12:22, 20:23
**subpoena** [1] - 10:10
**subsequent** [1] - 10:20
**substance** [1] - 12:12
**suffer** [1] - 6:9
**sufficient** [2] - 6:25, 7:5
**Suite** [2] - 1:16, 1:21
**Suites** [1] - 15:11
**suites** [1] - 14:24
**summarize** [3] - 13:21, 17:19, 18:15
**summary** [2] - 17:21, 19:12
**summery** [1] - 19:19
**superseding** [4] - 17:10, 18:4, 18:20, 27:16
**supervised** [10] - 12:5, 12:18, 12:20, 12:21, 13:2, 13:3, 13:5, 13:6, 13:7, 13:10
**supported** [1] - 27:7
**surveillance** [1] - 15:21
**swear** [1] - 3:21
**sworn** [1] - 3:23

## T

**tarp** [1] - 16:12
**tendered** [1] - 20:25
**term** [6] - 12:4, 12:5, 12:16, 12:18, 13:5
**terms** [1] - 18:15
**test** [1] - 17:4
**testify** [4] - 9:13, 9:19, 10:9, 10:11
**testimony** [1] - 4:6
**testing** [1] - 12:23
**TEXAS** [2] - 1:2, 2:4

**Texas** [7] - 1:6, 1:16, 1:22, 2:16, 7:24, 14:15, 14:21
**THE** [153] - 1:9, 1:13, 1:19, 2:1, 2:2, 3:3, 3:12, 3:13, 3:14, 3:18, 3:19, 3:22, 3:24, 4:4, 4:5, 4:10, 4:11, 4:17, 4:18, 4:24, 4:25, 5:5, 5:6, 5:8, 5:9, 5:10, 5:11, 5:12, 5:13, 5:14, 5:15, 5:17, 5:18, 5:19, 5:20, 5:22, 5:23, 5:25, 6:1, 6:2, 6:3, 6:5, 6:8, 6:11, 6:12, 6:14, 6:15, 6:17, 6:18, 6:20, 6:21, 6:23, 6:24, 7:2, 7:3, 7:4, 7:5, 7:8, 7:11, 7:14, 7:17, 8:5, 8:6, 8:15, 8:16, 9:3, 9:4, 9:11, 9:12, 9:18, 9:19, 10:13, 10:14, 10:24, 10:25, 11:10, 11:11, 11:14, 13:18, 13:19, 14:4, 14:6, 14:8, 14:11, 17:18, 17:22, 17:23, 17:25, 18:1, 18:7, 18:9, 18:11, 18:12, 18:13, 18:14, 19:5, 19:10, 19:16, 19:17, 19:21, 19:23, 19:25, 20:4, 20:5, 20:8, 20:9, 20:14, 20:15, 20:21, 20:22, 21:3, 21:4, 21:19, 21:20, 23:1, 23:2, 23:15, 23:16, 24:4, 24:5, 24:12, 24:13, 25:1, 25:2, 25:7, 25:8, 25:13, 25:17, 25:20, 25:21, 25:24, 25:25, 26:2, 26:3, 26:5, 26:6, 26:8, 26:9, 26:11, 26:12, 26:15, 26:16, 26:18, 26:19, 26:21, 26:22, 27:1, 27:5, 27:24, 28:1, 28:4, 28:6
**thereof** [1] - 8:10
**thinking** [1] - 3:16
**third** [1] - 25:2
**THIS** [1] - 2:1
**threatened** [2] - 11:23, 26:9
**three** [5] - 11:24, 12:6, 14:2, 14:13, 15:24
**today** [13] - 3:17, 4:6, 5:1, 6:6, 6:15, 6:16, 7:21, 10:14, 10:20, 10:22, 20:11, 24:20, 26:1
**took** [1] - 10:19
**total** [1] - 22:15
**towards** [3] - 15:18, 16:10, 16:17
**Tracy** [1] - 15:12
**traffic** [1] - 16:21
**trafficking** [5] - 12:9, 12:11, 12:14, 17:15, 25:22
**trailer** [10] - 14:17, 15:2, 15:5, 15:19, 15:25, 16:10, 16:11, 16:13, 16:14, 16:18
**training** [1] - 12:25
**transcript** [1] - 28:15
**TRANSCRIPT** [3] - 1:8, 1:25, 2:1
**TRANSCRIPTION** [1] - 1:25
**treated** [1] - 6:9
**trial** [16] - 5:3, 7:22, 7:25, 8:3, 8:6, 8:13, 8:16, 9:4, 9:6, 9:14, 13:22, 14:1, 17:20, 22:5, 24:9
**true** [3] - 17:23, 22:10, 26:1
**twenty** [1] - 5:10
**twenty-seven** [1] - 5:10
**two** [4] - 11:22, 12:12, 15:4, 22:17
**Tyrel** [2] - 3:4, 5:8

**TYREL** [1] - 1:6

## U

**unable** [1] - 8:8
**UNAUTHORIZED** [1] - 2:2
**under** [7] - 8:24, 10:5, 12:11, 22:13, 22:16, 22:18, 24:16
**UNDER** [1] - 2:1
**understood** [3] - 4:21, 4:22, 26:3
**unhappy** [2] - 24:8, 25:3
**UNITED** [5] - 1:1, 1:4, 1:13, 1:15, 2:4
**United** [11] - 1:14, 3:3, 3:7, 5:15, 8:17, 11:1, 17:16, 18:25, 19:2, 19:8, 21:5
**unlawfully** [1] - 11:19
**unless** [1] - 9:7
**unsuccessful** [1] - 16:6
**up** [9] - 3:25, 9:13, 9:20, 9:21, 12:4, 12:17, 22:23
**upcoming** [1] - 17:4
**urine** [1] - 17:1
**US** [1] - 28:7
**USED** [1] - 2:1

## V

**vehicle** [2] - 16:25, 17:5
**vehicles** [2] - 15:24, 16:19
**VERSUS** [1] - 1:5
**versus** [1] - 3:4
**video** [4] - 15:20, 15:21, 16:1, 16:9
**violate** [2] - 13:1, 13:4
**violated** [1] - 13:4
**violation** [3] - 13:7, 13:8, 17:16
**violence** [1] - 11:23
**voluntarily** [4] - 7:18, 10:9, 26:7, 27:11
**vote** [2] - 9:6, 11:3

## W

**waiting** [1] - 19:22
**waive** [1] - 11:11
**waived** [1] - 10:21
**waivers** [1] - 19:5
**waives** [1] - 19:7
**waiving** [2] - 7:21, 10:15
**walked** [2] - 16:10, 16:16
**wearing** [1] - 16:5
**WILL** [1] - 2:2
**wish** [1] - 23:12
**withdraw** [3] - 5:2, 24:8, 25:4
**witness** [4] - 8:19, 10:2, 10:8, 10:11
**witnesses** [1] - 8:18
**words** [2] - 6:3, 9:24
**wore** [1] - 17:6
**write** [2] - 5:18, 21:17
**writing** [1] - 27:20
**written** [1] - 26:13

## Y

**years** [4] - 12:4, 12:6, 12:17, 12:19
**yourself** [2] - 8:8, 8:13

## Z

**Zenon** [3] - 1:14, 3:7, 14:4
**ZENON** [12] - 3:6, 13:25, 14:7, 14:9, 14:12, 18:6, 18:18, 19:6, 25:12, 27:23, 28:3, 28:9
**Zenon-Matos** [1] - 1:14